# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 96-31245
Summary Calendar

JOHN A. HAMBURGER, III,

Plaintiff-Appellant,

versus

MOBIL OIL CORPORATION;
DON MICHAEL; TIM DAVIS,

Defendants-Appellees.

Appeal from the United States District Court
For the Eastern District of Louisiana
(96-CV-505 N)

June 4, 1997

Before POLITZ, Chief Judge, DUHÉ and STEWART, Circuit Judges.

PER CURIAM:[*]

John A. Hamburger, III appeals the summary judgment dismissal of his

ERISA and state law claims. On the undisputed facts as detailed, authorities cited,

and analysis contained in the district court's thorough and comprehensive Order

and Reasons signed and entered on October 31, 1996, the judgment appealed is

AFFIRMED.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.